■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN FELDER, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Chetta, J.), rendered May 16, 1985, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Brown, Weinstein, Eiber and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIOGENES FILPO, Also Known as FREDDIE SALCEDO, Appellant. —Appeal by the defendant from a judgment of the County Court, Westchester County (Stolarik, J.), rendered November 30, 1984, convicting him of attempted murder in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant argues on appeal that he was denied his statutory right to a speedy trial (CPL 30.30). However, since the defendant never made a pretrial motion, in writing, and on reasonable notice to the People, for dismissal of the indictment on this basis, this argument has not been preserved for appellate review *(see,* CPL 30.30 [1]; 210.20, 210.45 [1]; *see also, People v Trevino,* 114 AD2d 916; *People v Forsyth,* 112 AD2d 1008, *appeal denied* 66 NY2d 763; *People v Walsh,* 106 AD2d 482).

We have examined the defendant's remaining contentions, including those advanced in his *pro se* brief, and find that they are either similarly unpreserved for appellate review or without merit. Mollen, P. J., Mangano, Eiber and Sullivan, JJ., concur.